6780.  ALBANY COCA-COLA BOTTLING CO. *v.* LOWREY.

BROYLES, J.  1.  There was no error in overruling the demurrer to the de fendant's answer.

2.  This was a suit in trover, and the evidence demanded a finding that the title to the property (Coca-Cola bottles) sued for, and the right of possession, were in the plaintiff; and, the undisputed evidence further showing that the property was in the possession of the defendant when the suit was filed, and that a demand for the property was made upon the defendant by the plaintiff before the suit was filed, and that this demand was refused, a verdict in favor of the plaintiff was demanded; and, consequently, the verdict rendered in favor of the defendant was contrary to law and to the evidence.

*Judgment reversed.  Russell, C. J., dissents.*

DECIDED MAY 2, 1916.  REHEARING DENIED MAY 26, 1916.

Trover; from city court of Dawson—Judge Edwards.  June 24, 1915.

*H. A. Wilkinson,* for plaintiff.

*M. J. Yeomans, W. H. Gurr, Dorsey, Brewster, Howell & Heyman, John K. MacDonald Jr.,* for defendant.